**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-04136

Judge John J. Tharp., Jr.

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 7 | Vogue World |
| 12 | Pacific |
| 14 | Shibel Fashion |
| 23 | NZ one |
| 29 | Ams Fashion |
| 31 | super suit shop |
| 32 | YYDShow |
| 35 | Locoo Life |
| 36 | TEE CUSTOM |
| 37 | Fashion womens wear o |
| 40 | Fashion Outpost Shop |
| 45 | newdv |
| 54 | Aoxianghome |
| 57 | Tengxianghome |
| 59 | Daisy baby clothes |
| 62 | KJLABC |
| 80 | Janue |
| 83 | AAA Madam |
| 108 | Ninth White Rose |
| 109 | Eli Gate |
| 111 | Hi Case |

| | |
|---|---|
| 120 | Di Tie |
| 123 | MASON |
| 125 | s p re a d |
| 131 | BAI HUA |
| 135 | LOVE FAITH |
| 138 | Gmango KID |
| 139 | Uniquely Romance |
| 142 | KaiGeWanXiao |
| 143 | Girls wearing |
| 144 | girls s garment |
| 145 | GASHOW |
| 149 | Aspire the world |
| 150 | Dms Fashion |
| 153 | Queen Life |
| 164 | JL Art |
| 165 | D17394'shop |
| 167 | JL JL |
| 169 | Aojon Original |
| 171 | Fashionable Living Hall |
| 176 | Hoorz |
| 180 | wenmengABCe |
| 182 | wangfengweiP |
| 183 | xiaotuB |
| 184 | BLANKET GIFT FOR YOU |
| 185 | JOLLY GOODIES |
| 187 | Dream Companion Home Textiles |
| 192 | PJ LIFE PAVILION |
| 196 | CXTEES |
| 199 | FashionRose |
| 200 | MENGLE STYDIO |

DATED: June 3, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt