UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Anna Melis

                             Plaintiff,

v.                                                                                     Case No.: 1:25−cv−04136

                                                                                              Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion for default judgment [38] is taken under advisement; Set deadlines/Plaintiff's motion for entry of default and default judgment [38] is taken under advisement. Any objections or responses are due by 6/16/25. The plaintiff is directed to provide defendants with notice of the default proceedings against them by 6/6/25. To effectuate that notice, the Court directs the plaintiff to (1) update the website through which it has been publishing information about the case to provide notice of its motion for entry of default and default judgment, as well as the deadline to object set forth in this order, and (2) send an email to the email addresses provided for the defendants by third parties (or otherwise obtained by the plaintiff) informing them of the default proceedings against them and containing a link to the updated website. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.