**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No.: 1:25-cv-04136 |
| v. | Judge John J. Tharp., Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on 06/25/2025 [51] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 82 | Fifth |
| 88 | mai shi shang nan zhuang dian |
| 168 | aizuangongyipin |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: January 23, 2026

        Respectfully submitted,

        /s/ Keith A. Vogt
        Keith A. Vogt
        FL Bar No. 1036084/IL Bar No. 6207971
        Keith A. Vogt PLLC
        1820 NE 163rd Street, Suite #306
        North Miami Beach, Florida 33162
        Telephone: 312-971-6752
        E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 23 day of January, 2026. Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026